IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

TOMMY D. BURTON,                    *

    Plaintiff,                          *

    v.                                  *     3:09-CV-456-SRW
                                              (WO)
JAY JONES, SHERIFF, *et al.*,       *

    Defendants.                         *

_____

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that this action is DISMISSED without prejudice for lack of jurisdiction.

The Clerk is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58, *Federal Rules of Civil Procedure*.

DONE, this 1st day of June, 2011.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE